IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TONYA EGGLESTON et al.<br><br>Plaintiffs,<br><br>v.<br><br>LHNH LAVISTA LLC et al.<br><br>Defendants. | Case No. 1:25-cv-6417<br><br>**RELATED ACTION**<br>**CASE No. 1:23-cv-05344-LMM** |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant (collectively, the "Parties"), by and through their undersigned counsel of record, stipulate and agree to the dismissal without prejudice of all claims in the above-captioned action as the above-captioned action was filed as a protective filing. The claims asserted in this protective action have been amended into the related action cited above.

Respectfully submitted this 12th day of December 2025.

By:  /s/ Douglas H. Dean   　　　　　By:  /s/ R. Matt Shoemaker  
　　　Georgia Bar No. 130988　　　　　　　　Georgia Bar No. 339367
　　　Attorney for Plaintiffs　　　　　　　　　Attorney for Defendants
　　　Dean Thaxton, LLC　　　　　　　　　　Jones Cork, LLP
　　　601 E. 14th Avenue (31015)　　　　　　435 Second Street, Fifth Floor
　　　Post Office Box 5005　　　　　　　　　Post Office Box 6437
　　　Cordele, Georgia 31010　　　　　　　　Macon, Georgia 31208
　　　T:  (229) 271-9323　　　　　　　　　　T:  (478) 745-2821
　　　F:  (229) 271-9324　　　　　　　　　　F:  (478) 743-9609
　　　E: *doug@deanthaxton.law*　　　　　　E: *matt.shoemaker@jonescork.com*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE has been prepared with 13-point Book Antiqua font, which is one of the font and point selections approved by this Court in Local Rule 5.1(B).

This 12th day of December 2025.

By:   /s/ Douglas H. Dean
      Georgia Bar No. 130988
      Attorney for Plaintiffs
      Dean Thaxton, LLC
      601 E. 14th Avenue (31015)
      Post Office Box 5005
      Cordele, Georgia 31010
      T: (229) 271-9323
      F: (229) 271-9324
      E: *doug@deanthaxton.law*

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed the foregoing JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE with the Clerk of Court using the CM/ECF system which will automatically provide notice of such filing via electronic mail to the following attorneys of record:

>R. Matt Shoemaker
>JONES CORK, LLP
>Truist Bank Building
>435 Second Street, Fifth Floor
>Post Office Box 6437
>Macon, Georgia 31208
>*matt.shoemaker@jonescork.com*

This 12th day of December 2025.

>By: /s/ Douglas H. Dean
>Georgia Bar No. 130988
>Attorney for Plaintiffs
>Dean Thaxton, LLC
>601 E. 14th Avenue (31015)
>Post Office Box 5005
>Cordele, Georgia 31010
>T: (229) 271-9323
>F: (229) 271-9324
>E: *doug@deanthaxton.law*